**ONEITA KNITTING MILLS, Appellant, v. Conway P. COE, Commissioner of Patents, Appellee.**

No. 8949.

United States Court of Appeals District of Columbia.

Argued May 15, 1945.

Decided June 25, 1945.

Mr. Thomas L. Wilder, of Utica, N. Y., pro hac vice, by special leave of Court, with whom Mr. Donald A. Gardiner, of Washington, D. C., was on the brief, for appellant.

Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the judgment is, therefore,

Affirmed.